01/14/10                    DIVIDENDS REMITTED TO THE COURT                    Receipt 149716
                                                                                         Page: 1

                            Case Number 09-13349 - KONRAD, ANDREA D

|           |           | Amount  | Amount |
| Creditor  | Claim No. | Allowed | Paid   |
|-----------|-----------|---------|--------|
| ENT Health Services<br>25761 Lorain Road 3rd Fl<br>North Olmsted, OH 44070 | 000011 | 112.00 | 4.11  CK /// |

---------- Remittance Total ---------------                        112.00         4.11

_____
TRUSTEE VIRGIL E. BROWN, JR., Trustee

FILED 2010 JAN 26 AM 10:37
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND